AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eagles, Catherine C. | Middle District of North Carolina | 6/30/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

324 W. Market Street
Greensboro, NC 27401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Consolidated Judicial Retirement System of NC - Pension | $72,739.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | William A. Eagles, PLLC - Earnings from law practice (Attorney/self-employed) |
| 2. 2015 | University of NC at Greensboro - Earnings for teaching |
| 3. 2015 | Elon University - Earnings for teaching |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors, LLC | Priority Credit Line - guarantee of relative's loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. Dominion Resources Inc. VA New - common stock | C | Dividend | L | T | | | | | |
| 3. Duke Energy Corp - common stock | C | Dividend | L | T | Donated (part) | | | | |
| 4. Piedmont Natural Gas Co - common stock | B | Dividend | | | Sold | 10/27/15 | K | E | |
| 5. Southern Bancshares NC Inc. - common stk | A | Dividend | M | T | | | | | |
| 6. Spectra Energy Corp - common stock | C | Dividend | K | T | | | | | |
| 7. Southern Company - common stock | A | Dividend | J | T | | | | | |
| 8. Invesco Charter Fund Cl A - Mutual Fund | B | Dividend | J | T | | | | | |
| 9. American Funds The Growth Fund of America Cl A - Mutual Fund (AGTHX) | D | Dividend | M | T | | | | | |
| 10. American Funds The Investment Co. of America Cl A -Mutual Fund (AIVSX) | E | Dividend | L | T | | | | | |
| 11. American Funds Wash Mutual Investors Fd Inc. Cl A- Mutual Fund (AWSHX) | D | Dividend | L | T | | | | | |
| 12. American Funds Income Fund America Inc A - Mutual Fund (AMECX) | D | Dividend | M | T | | | | | |
| 13. Wells Fargo Advisors Money Market Account | A | Interest | L | T | | | | | |
| 14. Brokerage Account #2 (H) | | | | | | | | | |
| 15. American Funds Investment Co America Cl A (AIVSX) - Mutual Fund | | None | M | T | Open | 12/21/15 | M | | |
| 16. Brokerage Account #3 (H) | | | | | | | | | |
| 17. American Funds Investment Co of Amr A - Mutual Fund | E | Dividend | N | T | Open | 02/24/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (H) | | | | | | | | | |
| 19. Amer. Balanced Fd Cl A - Mutual Fund | D | Dividend | L | T | | | | | |
| 20. American Funds Investment. Co. of America CL A - Mutual Fund | E | Dividend | M | T | | | | | |
| 21. American Funds Income Fund America Inc A - Mutual Fund | C | Dividend | L | T | | | | | |
| 22. IRA #2 (H) | | | | | | | | | |
| 23. Wells Fargo Instrinsic Val Fd A - Mutual Fund | D | Dividend | M | T | | | | | |
| 24. IRA #3 (H) | | | | | | | | | |
| 25. American Funds Growth Fund Am. CL A - Mutual Fund | A | Dividend | J | T | | | | | |
| 26. IRA #4 (H) | | | | | | | | | |
| 27. American Funds Inv. Co. Am CL A (AIVSX) - Mutual Fund | E | Dividend | M | T | | | | | |
| 28. American Funds Amer Balanced Fd CL A - Mutual Fund | D | Dividend | M | T | | | | | |
| 29. Capital Income Bldr CL A - Mutual Fund | D | Dividend | N | T | | | | | |
| 30. American Funds New Perspective Fd CL A - Mutual Fund | B | Dividend | K | T | | | | | |
| 31. IRA #5 (H) | | | | | | | | | |
| 32. American Funds Growth Fund Am CL A (AGTHX) - Mutual Fund | A | Dividend | J | T | | | | | |
| 33. Cash - Wells Fargo Advisors - Money Market (Bank Deposit Sweep) | A | Interest | J | T | | | | | |
| 34. Other Assets (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lincoln National Life Insurance Co Policies Surrender Value | C | Interest | L | T | | | | | |
| 36. Wells Fargo - Bank Account | A | Interest | L | T | | | | | |
| 37. Bank of America - Bank Account - Spouse | | None | K | T | | | | | |
| 38. Eagles Farms LLC | | None | | | Closed | 12/31/15 | J | | |
| 39. Bank of America - Bank Account - Spouse's PLLC | | None | K | T | | | | | |
| 40. Bank of Amer - Bank Account - Spouse's Eagle Farms LLC - 1/2 owner (X) | | None | J | T | | | | | |
| 41. State Employees' Credit Union - Shares Account (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 6/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII., Line 38. Eagles Farms, LLC - The business was closed in 2015. There was no income in the business during 2015. However, a cash bank account remains. See PART VII, Line 40 which discloses cash amount remaining for which spouse is entitled.

PART VII, Line 40. Bank of America (Eagles Farms, LLC cash account - spouse) - This discloses one-half interest in residual cash from closed business (Eagles Farms, LLC).

PART VII, Line 41. (State Employees' Credit Union) - This account was not reported in past years because the value was below reportable amount.

PART VII, Lines 14 - 17. The two new brokerage accounts (Brokerage Account #2 and #3) were opened with mutual funds transferred from Brokerage Accout #1 (Part VII, Line 10. American Funds-The Investment Company of America Cl A)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Eagles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544